BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627
Tel. 510-637-3500

Counsel for Defendant MOLINA SANTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Nos. 4-06-70201-WDB ) |
| v. | ) ORDER OF CONTINUANCE, ) WAIVER OF TIME, AND |
| FILIBERTO MOLINA-SANTANA, | ) EXCLUSION OF TIME UNDER THE ) SPEEDY TRIAL ACT, 18 U.S.C. § ) 3161 ET SEQ. |
| Defendant. | |

**ORDER**

Based on the reasons provided in the stipulation of the parties above, it is ORDERED that the PRELIMINARY HEARING/ARRAIGNMENT APPEARANCE date May 8, 2006, scheduled at 10:00 a.m., before the Honorable Wayne D. Brazil, be vacated and reset for May 15, 2006 at 10:00 a.m.

- 1 -

It is further ORDERED that time be excluded from the Speedy trial Act and found to have been waived under the Federal Rules of Criminal Procedure between May 8, 2006 and May 15, 2006 based on the need for counsel to continue investigating this case. The court finds that the ends of justice would be served by granting the continuance.

DATED:   May 8, 2006



_____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE